# Law Offices
## of
## Gregory J. Gallo, P.C.

*Send Correspondence to Address Below*
34-11 Queens Boulevard
Long Island City, New York 11101
gregory@gallolaw.org

Telephone (347) 774-1841                    Facsimile (718) 709-7033

July 22, 2021

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    USA v. Maximo Rodriguez
              1:20-cr-00665-JMF
              Request for Adjournment on consent for sentencing

Dear Judge Furman:

      I am writing on behalf of Mr. Rodriguez to respectfully request an adjournment of his sentencing, currently scheduled for July 29, 2021, at 11:00 a.m. to September 1, 2021, at 2:15 p.m.  Assistant United States Attorney, Ryan B. Finkel, once again graciously consented to my request for an adjournment.   Since the last adjournment, I met with Mr. Rodriguez but was unable to achieve progress towards producing a meaningful submission prior to sentencing.  Mr. Rodriguez is suffering from mental health issues which have substantially limited his ability to the post plea process.  I appreciate the Court's continued courtesy.

      Mr. Rodriguez has previously requested adjournments of his sentencing.

Yours truly,

GREGORY J. GALLO
GJG/dns
cc: Ryan Finkel

Application GRANTED. Sentencing is hereby ADJOURNED to September 1, 2021, at 2:15 p.m.  That said, the Court will also hold a teleconference with counsel on July 29, 2021, at 11:15 a.m. (The Defendant is welcome, but not required, to join.  *See* Fed. R. Crim. P. 43(b)(3).)  Counsel shall join the conference by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key. Members of the public may access the conference using the same call-in information, but will be placed in listen-only mode. Recording of the conference is prohibited by law. The Clerk of Court is directed to terminate Doc. #26.  SO ORDERED.

July 22, 2021